miss certiorari petition denied without prejudice to renew motion at hearing on the merits. *Bourcier and Bordieri, John P. Bourcier, Paul J. Bordieri,* for petitioner. *Bradford Gorham,* Town Solicitor, for respondent.

M. P. No. 792. ELIZABETH J. THAYER *v.* JOHN B. THAYER, JR. Motion for leave to file petition for certiorari granted. Motion for stay of all Family Court orders is denied. *Hinckley, Allen, Salisbury & Parsons, William R. Powers, III,* of counsel, for plaintiff. *Abedon, Michaelson, Stanzler & Biener, Howard I. Lipsey,* for defendant.

M. P. No. 795. AUGUSTINO UBERTI *d/b/a* RIDGE CONSTRUCTION CO. *v.* SOUTH COUNTY SAND & GRAVEL CO., INC. SOUTH COUNTY SAND & GRAVEL CO., INC. *v.* AUGUSTINO UBERTI *d/b/a* RIDGE CONSTRUCTION CO. Motion for leave to file petition for certiorari granted. Stay of proceedings in Superior Court granted in order dated July 15, 1969 and extended by order dated July 22, 1969 to remain in effect until further order of Supreme Court. *Kirshenbaum & Kirshenbaum, Isidore Kirshenbaum, Alfred Factor,* for petitioner, Augustino Uberti. *S. Thomas Cotroneo,* for respondent, South County Sand & Gravel Co., Inc.

M. P. No. 812. ALFREDO PELLICCIA *v.* JOHN F. SHARKEY. Respondent directed to file answer to petition for habeas corpus, therein to *show cause,* if any, why the writ should not be issued as prayed, the answer to comply with Provisional Order No. 7. *Carmine A. Rao,* for petitioner. *Herbert F. DeSimone,* Attorney General, for respondent.

APPEAL No. 684. PAUL J. MARANDOLO *et al. v.* LOUIS S. PUERINI *et al.* In view of appellant's failure to file brief before July 2, 1969 as directed in Order entered June 10, 1969, appeal is dismissed. *Peter Spinella,* for plaintiffs-appellees. *Anthony S. DelGiudice,* for defendants-appellants.